**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HECTOR MORAN-HERNANDEZ<br>   Defendant. | Criminal Action No.<br>1:21-cr-00222-SDG-CCB |

**ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation entered by United States Magistrate Judge Christopher C. Bly [ECF 18], which recommends that Defendant Hector Moran-Hernandez's plea of guilty be accepted and that the Defendant be adjudged guilty. Neither party filed objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Final Report and Recommendation [ECF 18] as the order of this Court.

Defendant Hector Moran-Hernandez's plea of guilty is **ACCEPTED** and he is **ADJUDGED** guilty. Sentencing is scheduled for Monday, August 9, 2021 at 10:00 a.m.

**SO ORDERED** this the 27th day of July 2021.

Steven D. Grimberg
United States District Court Judge